1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

BOBBY WILSON,

          Petitioner

v.

SHERMAN STEWART,

          Respondent.

Case No. CV 18-5790-AB (GJS)

**JUDGMENT**

17
18
19

     Pursuant to the Court's Order: Dismissing Action With Prejudice; and Denying a Certificate of Appealability,

20
21

     IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

22
23
24
25
26
27
28

DATED:  October 8. 2018.

                                _____

                                ANDRÉ BIROTTE JR.

                                UNITED STATES DISTRICT JUDGE